IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DETRICK D. CROSTON**  **PLAINTIFF**
**ADC # 131172**

v.    No. 5:13-cv-217-DPM-BD

**ARTIS RAY HOBBS, Director, ADC; MARVIN
EVANS, ADC; RAYMOND NAYLOR, ADC;
THOMAS ROLAND, ADC; WILLIAM
STRAUGHN, Maximum Security Unit, ADC;
STEVE OUTLAW, Maximum Security Unit, ADC;
MAURICE WILLIAMS, Maximum Security Unit,
ADC; GREG SOCIA, Maximum Security
Unit, ADC; RODERICK COOKSEY; MORRIS,
Sergeant, Maximum Security Unit; and MARSHALL,
Correctional Officer, Maximum Security Unit**   **DEFENDANTS**

### ORDER

The Court has considered Magistrate Judge Beth Deere's Proposed Findings and Recommended Disposition, № 29, and Croston's objections, № 33. On *de novo* review, the Court adopts Judge Deere's proposal as its decision. FED. R. CIV. P. 72(b)(3). Croston's objections repeat his request to be relocated within the prison and his allegations of past excessive force, but do not demonstrate he is in any danger of future harm. Croston's motion for injunctive relief, № 24, is denied.

Croston also moves to amend his complaint to correctly identify defendant Marsh, originally named as Marshall, and to add defendants and claims regarding the prison's alleged deliberate indifference to Croston's mental health needs after the alleged assault. The motion, № 34, is granted. Croston's amended complaint due by 14 November 2013.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

1 November 2013