IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DETRICK D. CROSTON                                              PLAINTIFF
ADC # 131172

v.                            No. 5:13-cv-217-DPM-BD

ARTIS RAY HOBBS, Director, ADC; MARVIN
EVANS, ADC; RAYMOND NAYLOR, ADC;
THOMAS ROLAND, ADC; WILLIAM
STRAUGHN, Maximum Security Unit, ADC;
STEVE OUTLAW, Maximum Security Unit, ADC;
MAURICE WILLIAMS, Maximum Security Unit,
ADC; GREG SOCIA, Maximum Security
Unit, ADC; RODERICK COOKSEY; MORRIS,
Sergeant, Maximum Security Unit; and MARSH,
Correctional Officer, Maximum Security Unit       DEFENDANTS

## ORDER

Croston has not objected to Magistrate Judge Beth Deere's Proposed Findings and Recommended Disposition, № 38. Having reviewed the proposal for clear errors of fact on the face of the record, FED. R. CIV. P. 72(b) (Advisory Committee notes to the 1983 addition), and for legal error, the Court adopts it. Croston's motion to amend, № 37, is denied.

The Court's previous Orders, № 35 & 36, are at odds and need clarification. The Court vacates the last paragraph of its Order granting in full Croston's previous motion to amend. № 35 at 2. If Croston wants to amend

his complaint to pursue additional constitutional claims stemming from the 2012 incident, against new defendants, he should file a motion to amend with a copy of his proposed second amended complaint. № 36.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 November 2013