## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

DETRICK D. CROSTON,                                        PLAINTIFF
ADC #131172

v.                          No. 5:13-cv-217-DPM-BD

ARTIS RAY HOBBS,[*] Director, Arkansas
Department of Correction; MARVIN EVANS,
ADC; RAYMOND NAYLOR, ADC; THOMAS
ROWLAND, ADC;[**] WILLIAM STRAUGHN,
Maximum Security Unit, ADC; STEVE
OUTLAW, Maximum Security Unit, ADC;
MAURICE WILLIAMS, Maximum Security Unit,
ADC; GREG SOCIA, Maximum Security Unit,
ADC; RODERICK COOKSEY; MORRIS,
Sergeant, Maximum Security Unit; and MARSH,
Correctional Officer, Maximum Security Unit           DEFENDANTS

## ORDER

Unopposed recommendation, № 64, adopted. FED. R. CIV. P. 72(b) (1983

Addition to Advisory Committee Notes). The ADC Defendants' motion for

summary judgment, № 58, is granted. Croston's claims against Defendants

---

[*]The Court directs the Clerk to amend the docket to reflect the current
Director of the Arkansas Department of Correction, Wendy Kelley. FED. R.
CIV. P. 25(d).

[**]The Court directs the Clerk to amend the docket to reflect the
correct spelling of Thomas Rowland. № 58-17.

Hobbs, Evans, Naylor, and Rowland are dismissed without prejudice for failure to exhaust.   Croston's claims for money damages against all Defendants in their official capacities are dismissed with prejudice based on sovereign immunity.   And Croston's claims against Defendants Straughn, Outlaw, Williams, Socia, Morris, and Marsh are dismissed with prejudice.

So Ordered.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

*31 August 2015*