IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DETRICK D. CROSTON                                                                PLAINTIFF
ADC #131172

v.                                         No. 5:13-cv-217-DPM

RODERICK COOKSEY                                                                  DEFENDANT

ORDER

1. The Court appreciates the parties' proposed jury instructions. The Court is attaching its current working drafts of (1) the *voir dire*, (2) the preliminary instructions, (3) the final instructions, and (4) the interrogatories.

2. The Court has concluded that the issues are better submitted as deliberate-indifference claims as opposed to excessive-force claims. *E.g.*, *Whitley v. Albers*, 475 U.S. 312, 320–21 (1986). The Court has framed the elements instructions accordingly.

3. Please file any objection or comment about the *voir dire* and preliminary instructions by noon on Friday, July 8th. Hold your fire on the final instructions and interrogatories. We'll take up those on Monday at the pretrial.

So Ordered.

*[signed]* W.P. Marshall Jr.

D.P. Marshall Jr.
United States District Judge

7 July 2016