IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DETRICK D. CROSTON                                                          PLAINTIFF
ADC #131172

v.                              No. 5:13-cv-217-DPM

WENDY KELLEY, Director, Arkansas Department
of Correction; MARVIN EVANS, ADC; RAYMOND
NAYLOR, ADC; THOMAS ROWLAND, ADC;
WILLIAM STRAUGHN, Maximum Security Unit,
ADC; STEVE OUTLAW, Maximum Security Unit,
ADC; MAURICE WILLIAMS, Maximum Security
Unit, ADC; GREG SOCIA, Maximum Security Unit,
ADC; RODERICK COOKSEY; MORRIS, Sergeant,
Maximum Security Unit; and MARSH, Correctional
Officer, Maximum Security Unit                                              DEFENDANTS

## JUDGMENT

1. Before trial, the Court dismissed many of Croston's claims against various defendants. His official-capacity claims for money damages were dismissed with prejudice. His claims against Kelley, Evans, Naylor, and Rowland were dismissed without prejudice. And his claims against Straughn, Outlaw, Williams, Socia, Morris, and Marsh were dismissed with prejudice. № 66. Shortly before trial, Croston's bribery claim against Cooksey was dismissed with prejudice too. № 105.

2. Croston's claims against Cooksey for sexual assault, sexual harassment, and verbal threats were tried to a twelve-person jury from 11 July 2016 to 12 July 2016.  The Court denied Cooksey's two motions for judgment as a matter of law.  After deliberations on July 12th, the jury returned a unanimous verdict in favor of Cooksey on all three claims.  № 116.  No party asked for a poll of the jury.

3. The Court incorporates and enters judgment on the jury's verdict for Cooksey and against Croston on Croston's sexual assault, sexual harassment, and verbal threats claims.  All three claims are dismissed with prejudice.

4. The Court thanks Croston's appointed lawyers for their service.  They are relieved as counsel. And they are entitled to reimbursement for their reasonable out-of-pocket expenses.  LOCAL RULE 83.6.  Any reimbursement request due by 29 July 2016.

5. As the prevailing party, Cooksey is entitled to his reasonable costs as allowed by Federal Rule of Civil Procedure 54(d) and 28 U.S.C. § 1920.  Any motion for costs due by 29 July 2016.

*DP Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 July 2016